■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY M. HARLAN, Appellant.—Casey, J. P. Appeal from an order of the Supreme Court (Best, J.), entered May 24, 1991 in Montgomery County, which denied defendant's motion to dismiss the felony complaint.

No appeal lies from an intermediate order which denies a defendant's motion to dismiss a felony complaint (CPL 450.10; *see, People v Taylor,* 99 AD2d 820).

Mikoll, Yesawich Jr., Levine and Crew III, JJ., concur. Ordered that the appeal is dismissed.